# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda K. Madera Sr.<br>  Kenneth S. Madera<br>  **Debtors** | BK NO. 11-04151<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, and index same on the master mailing list.

Re: Loan # Ending In: 2319

                                    Respectfully submitted,

                                    **/s/ Joshua I. Goldman**
                                    Joshua I. Goldman, Esquire
                                    Thomas Puleo, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406
                                    Attorney for Movant/Applicant