```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                         Case No. 11-04151-MDF
Kenneth S Madera                                               Chapter 13
Brenda K Madera
          Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: Dec 19, 2016
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db/jdb         +Kenneth S Madera, Sr,    Brenda K Madera,    153 Schoolhouse Road,    Palmyra, PA 17078-8311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                  Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              Joshua I Goldman    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
               National Association, as Owner Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Joint Debtor Brenda K Madera lrynard@pkh.com, rwhitfield@pkh.com
              Lisa A Rynard    on behalf of Debtor Kenneth S Madera, Sr lrynard@pkh.com, rwhitfield@pkh.com
              Regina Cohen    on behalf of Creditor    Ally Financial f/k/a GMAC rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wesley Paul Page    on behalf of Creditor    IRS usapam.bankr-harrisburg@usdoj.gov
                                                                                               TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kenneth S Madera Sr  
fdba Madera Trucking  
153 Schoolhouse Road  
Palmyra, PA 17078

Chapter 13  
Case No. 1:11−bk−04151−MDF

Brenda K Madera  
153 Schoolhouse Road  
Palmyra, PA 17078

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1067  
xxx−xx−7757

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: DGeorge, Deputy Clerk